LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 10 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIOGENES A. DIONISIO,<br><br>Defendant. | MAGISTRATE CASE NO. 08-00002<br><br>**PETITION FOR WARRANT OF REMOVAL** |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1. On or about February 18, 2004, an Indictment was filed in the Western District of Wisconsin charging the defendant DIOGENES A. DIONISIO with Conspiracy, and Aiding & Abetting, the Filing of False Claims in violation of Title 18, United States Code, Sections 2, 371 and 287. See Exhibit A.

2. On or about February 19, 2004, the U.S. District Court for the Western District of Wisconsin issued a Warrant for Arrest of Defendant. See Exhibit B.

3. On or about March 8, 2008, the defendant was located and arrested in Guam by the United States Marshals Service.

//
//

**ORIGINAL**

WHEREFORE, petitioner prays this Court to issue a writ of removal pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure for said defendant from the District of Guam to the Western District of Wisconsin.

DATED this 10th day of March 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

2004 FEB 18 PM 12:59

CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT 04 CR 030 C |
| ) | |
| v. ) | Case No. _____ |
| ) | 18 U.S.C. § 371 |
| DIOGENES A. DIONISIO, ) | 18 U.S.C. § 287 |
| ) | 18 U.S.C. § 2 |
| Defendant. ) | |

THE GRAND JURY CHARGES:

## COUNT 1

1. At all times material to this indictment:

    (a) The Civilian Health and Medical Program of the Uniformed Services ("CHAMPUS") was a federally-funded health care benefit program. CHAMPUS was established to help pay for civilian medical care received by eligible Department of Defense beneficiaries, including military retirees and their dependents. On October 1, 1997, the name of CHAMPUS was changed to TRICARE, but, in all material respects relevant to this indictment, the program remained the same.

    (b) The defendant, DIOGENES A. DIONISIO, is a medical doctor in Mandaluyong City, Philippines, who worked as a doctor at a clinic known as the CDMF Medical Clinic in Mandaluyong City, Philippines. As such, defendant DIONISIO was an authorized TRICARE provider of medical services and eligible to submit, directly or indirectly, bonafide TRICARE claims to WPS for covered medical services actually provided to eligible beneficiaries.

GOVERNMENT EXHIBIT A

CC: DEFT., USA, USM, PROBA, BBC, SLC
Date 2/19/04
By ELC

(c)  The Department of Defense contracted with private companies to act as "contractors" to help administer the TRICARE program, to process claims, and to pay claims. Beginning on or about July 1, 1990, and continuing during all times material to this indictment, a contractor known as Wisconsin Physicians Service ("WPS"), located at Madison in the Western District of Wisconsin, processed and paid TRICARE claims.

(d)  Defendant DIONISIO submitted claims for payment for services provided by defendant DIONISIO and the CDMF Medical Clinic to WPS using a claim form.

(e)  By signing a claim, both the beneficiary, or an adult signing for a minor beneficiary, and the provider, certified the claim information.

(f)  Under Department of Defense TRICARE regulations, WPS contracted to pay a TRICARE claim submitted by a medical service provider, when the provider established that the service claimed was: (1) a covered TRICARE benefit; (2) performed by an authorized TRICARE provider; and (3) medically necessary.

(g)  WPS, after processing a claim, sent to the beneficiary, or the adult signing on behalf of a minor beneficiary, or defendant DIONISIO a check or bank draft in payment of the claim, along with an Explanation of Benefits statement ("EOB"). The EOB contained a statement of the action taken on the claim, including the claim number, the social security number of the beneficiary, the name of the beneficiary, the name of the provider, a description of the services allegedly rendered, the amounts

2

claimed for the alleged services, the amounts allowed by TRICARE, the amounts, if any, of any deductible or cost share to be paid by the beneficiary, and the amount paid by TRICARE.

2. From on or about February 12, 1999, and continuing thereafter until on or about December 19, 2000, in the Western District of Wisconsin and elsewhere, the defendant,

DIOGENES A. DIONISIO,

conspired and agreed with others known and unknown to the grand jury, to knowingly and intentionally commit the offenses of unlawful kickbacks in violation of Title 42, United States Code, Section 1320a-7b(b)(1)(B), against the United States of America.

### Object of the Conspiracy

3. The object of the conspiracy was for defendant DIONISIO to provide remuneration, in the form of cash, to TRICARE beneficiaries for purchasing or ordering medical services through defendant DIONISIO and the CDMF Medical Clinic in violation of Title 42, United States Code, Section 1320a-7b(b)(1)(B).

### Method and Means of Conspiracy

4. It was part of the conspiracy that defendant DIONISIO provided some sort of medical service to a TRICARE beneficiary.

5. It was a further part of the conspiracy that defendant DIONISIO inflated the cost of the service in order to generate an excess payment from TRICARE which could then be divided between defendant DIONISIO and persons known and unknown

3

to the grand jury.

6. It was further part of the conspiracy that defendant DIONISIO provided documentation for the medical services and submitted a claim form to TRICARE. The check for the services went either directly to the beneficiary, or the adult signing on behalf of a minor beneficiary, or to defendant DIONISIO at the CDMF Medical Clinic.

7. Once the payment was received from TRICARE, defendant DIONISIO paid or allowed the beneficiary, or the adult signing on behalf of a minor beneficiary, to keep between 40 to 80 percent of the amount of the claim with the remainder going to defendant DIONISIO and the CDMF Medical Clinic.

### Overt Acts

8. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt act, among others, were committed in the Western District of Wisconsin and elsewhere:

(a) During the period from on or about September 3, 1999 to on or about September 19, 1999, defendant DIONISIO caused and aided in causing the mailing of an envelope addressed to Wisconsin Physicians Service, P.O. Box 7985, Madison, Wisconsin 53707, containing a medical claim and documentation to support a medical claim upon TRICARE for payment of medical services rendered from August 29, 1999 through September 3, 1999 to a beneficiary, in the amount of PHP 227, 450.00 pesos.

(b) During the period from on or about September 13, 1999 to on or

4

about February 13, 2000, defendant DIONISIO caused and aided in causing the mailing of an envelope addressed to Wisconsin Physicians Service, P.O. Box 7985, Madison, Wisconsin 53707, containing a medical claim and documentation to support a medical claim upon TRICARE for payment of medical services rendered from September 1, 1999, through September 12, 1999, to a beneficiary, in the amount of PHP 548,940.00 pesos.

(c) During the period from on or about September 30, 1999 to on or about February 13, 2000, defendant DIONISIO caused and aided in causing the mailing of an envelope addressed to Wisconsin Physicians Service, P.O. Box 7985, Madison, Wisconsin 53707, containing a medical claim and documentation to support a medical claim upon TRICARE for payment of medical services rendered from September 20, 1999, through September 29, 1999, to a beneficiary, in the amount of PHP 477,340.00 pesos.

(All in violation of Title 18, United States Code, Section 371 and Title 18, United States Code, Section 2).

## FALSE CLAIM

1. The factual allegations in paragraphs 1 through 7 of Count 1 of this Indictment are incorporated by reference and realleged as though fully set forth herein.

2. On or about the following dates in the Western District of Wisconsin, and elsewhere, defendant,

DIOGENES DIONISIO,

5

knowingly and willfully made and caused to be made claims for medical services, supposedly rendered by defendant, upon Wisconsin Physicians Service, the contractor for TRICARE, a program of the United States Department of Defense, a department and agency of the United States, knowing such claims to be false, fictitious and fraudulent, as set forth below:

| Count | Claim Number | Approximate Date | Claim |
|---|---|---|---|
| 2 | 2000045 PH 02104 | February 13, 2000 | Medical services supposedly rendered from September 1, 1999 through September 12, 1999 to a beneficiary, in the amount of PHP 548,940.00 pesos. |
| 3 | 2000045 PH 02095 | February 13, 2000 | Medical services supposedly rendered from September 20, 1999 through September 29, 1999 to a beneficiary, in the amount of PHP 477,340.00 pesos. |

(All in violation of Title 18, United States Code, Section 287, and Title 18, United States Code, Section 2).

A TRUE BILL

_____
PRESIDING JUROR

_____
J.B. Van Hollen
United States Attorney

Indictment returned: FEB 18, 2004

6

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT **WESTERN DISTRICT OF WISCONSIN** | |
|---|---|---|
| United States of America<br><br>v.<br><br>Diogenes A. Dionisio,<br><br>Defendant. | DOCKET NO. **04 CR 030 C** | MAGISTRATE JUDGE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>Diogenes A. Dionisio | |

Warrant Issued on the Basis of:

[X] Indictment   [] Order of Court   [] Information   [] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                              City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

conspiracy

IN VIOLATION OF 18 U.S.C. Section 371

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By:        Federal Judge/Magistrate Judge | Date Order: |
|---|---|
| Clerk of: THERESA M. OWENS    (By) Deputy Clerk | Date Issued: FEB 19 2004 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |

GOVERNMENT EXHIBIT  B