**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: MJ-08-00002                    DATE: March 10, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 2:37:29 - 2:47:10 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Diogenes A. Dionisio | Attorney: John Gorman |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |
| U.S. Attorney: Marivic P. David | U.S. Agent: |
| U.S. Probation: Grace Flores | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS:** Initial Appearance re Petition for Warrant of Removal
- Federal Public Defender appointed to represent the defendant.
- Proceedings continued to: March 13, 2008 at 1:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: