1
2
3
4
5            DISTRICT COURT OF GUAM
6            TERRITORY OF GUAM
7
8   UNITED STATES OF AMERICA,          MAGISTRATE CASE NO. 08-00002
9                    Plaintiff,
10      vs.
11  **DIOGENES A. DIONISIO,**              **APPOINTMENT ORDER**
12                    Defendant.
13
14          IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to
15  represent the defendant in the above-entitled case.
16
17
18                                    **/s/ Joaquin V.E. Manibusan, Jr.**
                                         **U.S. Magistrate Judge**
19                                    **Dated: Mar 10, 2008**
20
21
22
23
24
25
26
27
28