# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-08-00002　　　　　　　　　　　DATE: March 12, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz　　Electronically Recorded: 11:05:57 - 11:12:05
CSO: B. Pereda

**APPEARANCES:**
Defendant: Diogenes A. Dionisio　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　U.S. Agent:
U.S. Probation: John San Nicolas　　U.S. Marshal: T. Muna \ G. Perez
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Initial Appearance re: Petition for Warrant of Removal and Identity Hearing**
- Removal/Identity Hearing continued to:　　March 13, 2008 at 2:00 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: