**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: MJ-08-00002　　　　　　　　　　　　DATE: March 13, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio　　　Electronically Recorded: 1:59:31 - 2:36:51
CSO: B. Pereda

**APPEARANCES:**
Defendant: Diogenes A. Dionisio　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　U.S. Agent:
U.S. Probation: None Present　　　　　U.S. Marshal: G. Perez
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS:** Continued Petition for Warrant of Removal/Identity Hearing
- Identity Hearing waived.
- Defense oral request to continue the matter for 1 day. Granted
- Proceedings continued to: March 14, 2008 at 2:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: The U.S. Marshals are to inform the court by noon on Friday, March 14, 2008, as to the status of transporting the defendant at the expense of the defendant. If they have no response, the hearing will be continued to Monday, March 17, 2008 at 9:30 a.m.