IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL

CASE NO.: MJ-08-00002  DATE: March 14, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 2:21:03 - 2:56:19
CSO: B. Pereda

**APPEARANCES:**
Defendant: Diogenes A. Dionisio  Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Maria Cruz  U.S. Marshal: J. Untalan
Interpreter:  Language:

**PROCEEDINGS: Continued Petition for Warrant of Removal**
- Defense request for U.S. Marshals to expedite the transport of the defendant to the Western District of Wisconsin.
- Order to be prepared by: Federal Public Defender.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: