JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DIOGENES A. DIONISIO

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00002 |
| Plaintiff, | |
| vs. | ORDER FOR IMMEDIATE AND DIRECT REMOVAL OF DEFENDANT TO THE WESTERN DISTRICT OF WISCONSIN |
| DIOGENES A. DIONISIO, | |
| Defendant. | |

IT IS HEREBY ORDERED that DIOGENES A. DIONISIO is committed to the U.S. Marshal's Office for the District of Guam for removal to the Western District of Wisconsin.

IT IS FURTHER ORDERED that upon his departure from the District of Guam, DIONISIO be transported in the most expeditious manner possible for the following reasons:

1. Mr. Dionisio is presumed innocent in the eyes of the law and awaits trial;

2. Immediate transportation would permit prosecution to commence promptly and would prevent any violation of Mr. Dionisio's constitutional right to a speedy trial; and

3. As Mr. Dionisio is 57 years of age and suffers from hypertension and chest pains, the most expeditious transportation between the District of Guam and the Western District of Wisconsin serves the ends of justice and is in the best interests of the defendant and the public.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 18, 2008