


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

April 17, 2008

Theresa M. Owens
Clerk of Court US District Court, Western District of Wisconsin
120 North Henry Street, Room 320
P. O. Box 432
Madison, WI 53701-0432

Re: Magistrate Case No. 08-00002
(Your Criminal Case No. 04-CR-030-C)
U.S.A. - vs - Diogenes A. Dionisio

Dear Ms. Owens:

Pursuant to a Warrant of Removal, I am transmitting certified copies of the following documents for the above-entitled matter. They are as follows:

1. Petition for Writ of Removal, filed March 10, 2008
2. Minute Entry re Initial Appearance on Petition for Removal, filed March 10, 2008
3. Appointment Order, filed March 10, 2008
4. Minute Entry re: Continued Initial Appearance on Petition for Removal, filed March 12, 20087
5. Minute Entry re Continued Petition for Removal/Identity, filed March 13, 2008
6. Minute Entry re Continued Petition for Removal, filed March 14, 2008
7. Order for immediate and Direct Removal, filed March 18, 2008
8. Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Walter M. Tenorio
Deputy Clerk

Enclosures